# COHENMILSTEIN

Daniel S. Sommers
**O:** 202.408.4600
**D:** 202.408.4609
dsommers@cohenmilstein.com

Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Eighth Floor
Washington, DC 20005
cohenmilstein.com

July 25, 2025

**VIA ECF**

The Honorable Brendan A. Hurson
U.S. District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

   Re:  *Barpar v. Elanco Animal Health Incorporated, et al.*, No. 1:24-cv-02912-BAH
      (D. Md)

Dear Judge Hurson:

   I write on behalf of Court-appointed Co-Lead Plaintiffs Harold Garson and Joseph Barpar ("Plaintiffs"). It has come to our attention that one of the decisions cited in Plaintiffs' memorandum in opposition to Defendants' motion to dismiss the Amended Complaint (Dkt. No. 38) – *Levon v. CorMedix Inc.*, No. CV 21-14020 (JXN) (CLW), 2025 WL 1810207 (D.N.J. June 30, 2025) ("*CorMedix*") – has been withdrawn by the court that issued it pursuant to a text order, dated July 23, 2025, stating that the "opinion and order were entered in error" and that "[a] subsequent Opinion and Order will follow." *See* Dkt. No. 126, Case No. CV 21-14020 (JXN) (CLW) (D.N.J. July 23, 2025).

   In Plaintiffs' view, the withdrawal of the *CorMedix* decision does not affect the merits of their opposition to Defendants' motion to dismiss in this case since the propositions of law for which Plaintiffs cited *CorMedix* are either supported by additional citations, or self-evident such that no authority is needed.

   Nevertheless, to avoid any confusion, Plaintiffs request the Court's permission to refile their opposition brief with all references to the *CorMedix* decision deleted.

   To that end, attached hereto as Exhibit A is a redline of Plaintiffs' opposition brief showing the relevant changes, which appear on pages iv, v, 10, 22-23, 24, and 28 of the redline.

COHENMILSTEIN

July 25, 2025
Page 2

Plaintiffs have conferred with Defendants and they do not oppose this request.

Respectfully yours,

*/s/ Daniel S. Sommers*

Daniel S. Sommers