**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**(NORTHERN DIVISION)**

| | |
|---|---|
| IN RE ELANCO ANIMAL HEALTH INCORPORATED SECURITIES LITIGATION | Case No. 1:24-cv-02912-BAH |
| | <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: ALL ACTIONS . | |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**
**IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS**

Plaintiffs submit this Notice of Supplemental Authority in further support of their opposition (Dkt. #38) to Defendants' motion to dismiss (Dkt. #37) ("Motion").

By letter dated July 25, 2025, Plaintiffs (i) advised the Court that a decision cited in their opposition brief—*Levon v. CorMedix Inc.*, No. CV 21-14020 (JXN) (CLW), 2025 WL 1810207 (D.N.J. June 30, 2025) ("*CorMedix I*")—had been withdrawn by the court that issued it; and (ii) requested permission to refile their opposition brief with all references to *CorMedix I* deleted. (Dkts. #41 and #41-1 (showing redlined deletions)). The Court granted the request (Dkt. #42), and Plaintiffs refiled their opposition brief with all references to *CorMedix I* deleted. (Dkt. #43).

On August 19, 2025, the court in the *CorMedix* litigation issued a new decision again denying the motion to dismiss in that case. The decision is reported at *Levon v. CorMedix, Inc.*, *et al.*, No. CV 21-14020 (JXN) (CLW), 2025 WL 2400346 (D.N.J. Aug. 19, 2025) ("*CorMedix II*"). *See* Exhibit A annexed hereto.

*CorMedix II* adopts most of the propositions of law for which Plaintiffs had previously cited *CorMedix I* before it was withdrawn. *See* Dkt. #41-1 (redlined deletions of citations to

1

*CorMedix I*). First, *CorMedix II* holds that certain purportedly forward-looking statements made by defendants there were not protected by the PSLRA's safe harbor because "Plaintiff does *not* allege that the forward-looking statements are misleading because their predictions are incorrect, [but] rather that the forward-looking statements are misleading because adverse events and risks underlying their predictions were not disclosed." 2025 WL 2400346, at \*15 (emphasis added). Here, the Revenue/Margin and Differentiation Statements that Plaintiffs challenge were likewise not protected by the PSLRA's safe harbor because the issue is not what those statements affirmatively conveyed, but what Defendants failed to disclose that rendered those statements misleading. (Dkt. #41-1 at 22-23; Dkt. #43 at 22).

Additionally, *CorMedix II* holds that "[c]autionary statements are not truly cautionary when the defendant knows that an identified risk has or will occur." 2025 WL 2400346, at \*15. Here, to the extent any statements qualify as forward-looking, any accompanying cautionary language was not meaningful because Defendants already knew before the start of the Class Period that it was "not safe to administer vaccines in dogs concurrently receiving Zenrelia." (Dkt. # 41-1 at 23-24; Dkt. #43 at 23-24).

Finally, *CorMedix II* holds that plaintiffs "can establish scienter by showing the defendants had 'knowledge of facts or access to information contradicting their public statements.'" 2025 WL 2400346, at \*22. Here, FE-1 described the process by which any test results that were unexpected or indicated a risk or delay for any drug in development were communicated to senior management (¶¶184-87), thus establishing a strong inference that the Individual Defendants were aware of the results of the vaccine study. (Dkt. #41-1 at 27-28; Dkt. #43 at 27-28).

Dated: August 27, 2025

Respectfully submitted,

/s/ Daniel S. Sommers
Steven J. Toll (Bar No. 15824)
Daniel S. Sommers (Bar No. 15822)
S. Douglas Bunch
**COHEN MILSTEIN SELLERS &
TOLL PLLC**
1100 New York Avenue N.W.
Suite 800, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com

*Attorneys for Co-Lead Plaintiffs and Liaison
Counsel for the Class*

Jeremy A. Lieberman (*pro hac vice*)
Jonathan D. Park (*pro hac vice*)
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
jpark@pomlaw.com

*Attorneys for Co-Lead Plaintiffs and Lead
Counsel for the Class*

Joshua E. Fruchter (*pro hac vice*)
**WOHL & FRUCHTER LLP**
25 Robert Pitt Drive, Suite 209G
Monsey, New York 10952
Telephone: (845) 290-6818
Facsimile: (718) 504-3773
jfruchter@wohlfruchter.com

*Additional Counsel for Co-Lead Plaintiffs*

3