**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**(Northern Division)**

| | |
|---|---|
| IN RE ELANCO ANIMAL HEALTH INCORPORATED SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 1:24-cv-02912-BAH<br><br>CLASS ACTION<br><br>**PLAINTIFFS HAROLD GARSON AND JOSEPH BARPAR'S NOTICE OF APPEAL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, under 28 U.S.C. § 1291, Court-appointed Co-Lead Plaintiffs Harold Garson and Joseph Barpar ("Co-Lead Plaintiffs") appeal to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion (ECF No. 49) and Order (ECF No. 50), both entered March 26, 2026.

Dated: April 24, 2026

Respectfully submitted,

*/s/ Daniel S. Sommers*
Steven J. Toll (Bar No. 15824)
Daniel S. Sommers (Bar No. 15822)
S. Douglas Bunch
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue N.W.
Suite 800, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com

*Attorneys for Co-Lead Plaintiffs and Liaison Counsel for the Class*

Jeremy A. Lieberman (*pro hac vice*)
Jonathan D. Park (*pro hac vice*)
**POMERANTZ LLP**

600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
jpark@pomlaw.com

*Attorneys for Co-Lead Plaintiffs and Lead Counsel for the Class*

Joshua E. Fruchter (*pro hac vice*)
**WOHL & FRUCHTER LLP**
25 Robert Pitt Drive, Suite 209G
Monsey, New York 10952
Telephone: (845) 290-6818
Facsimile: (718) 504-3773
jfruchter@wohlfruchter.com

*Additional Counsel for Co-Lead Plaintiffs*